## Baker Borden and another v. Peoria Marine and Fire Insurance Company.

*Statute of Limitations. Writ of Error.* The statute limiting the time for bringing a writ of error, commences to run from the rendition of the judgment.—*Teller v. Willis,* 12*th Mich.* 268.

*Submitted and Decided April 24th.*

Motion to dismiss writ of error, issued more than two years after judgment.

*Geo. H. White,* for the motion.

*Livermore & Wood,* contra.

BY THE COURT:

When a writ of error is not brought until two years after the date of the judgment, and not within the statutory exceptions, it will be dismissed.—2 *Comp. L.* § 5340.